IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     PLAINTIFF ) | |
| ) | |
| v. ) | Civil No. **5:22-CV-05026** |
| ) | |
| $3,958,060.84 UNITED STATES CURRENCY ) | |
| AND THE APPROXIMATE AMOUNT ) | |
| THEREOF, ) | |
|     DEFENDANT ) | |

## WARRANT OF ARREST IN REM

TO: THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF ARKANSAS and/or any other United States officer of employee, someone under contract with the United States, or someone specially appointed by the court

    WHEREAS, on February 11, 2022, the United States of America filed a verified Complaint for civil forfeiture in the United States District Court for the Western District of Arkansas against the defendant property, alleging that the property is subject to seizure and civil forfeiture to the United States for the reasons alleged in the complaint; and

    WHEREAS, the defendant property is currently in the possession, custody or control of the United States; and

    WHEREAS, in these circumstances Supplemental Rule G(3)(b)(i) directs the Clerk of the Court to issue an arrest warrant in rem for the defendant property; and

    WHEREAS, Supplemental Rule G(3)(c)(i) provides that the warrant of arrest in rem must be delivered to a person or organization authorized to execute it who may be a marshal or any other United States officer or employee, someone under contract with the United States, or someone specially appointed by the court for that purpose.

    YOU ARE, THEREFORE, HEREBY COMMANDED to arrest the defendant property as soon as practicable [**see Rule G(3)(c)(ii) for exception for serving as soon as practicable**] by serving a copy of this warrant on the custodian in whose possession, custody or control the property is presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

    YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

IN WITNESS WHEREOF, I, Clerk of the United States District Court for the Western District of Arkansas, have caused the foregoing Warrant of Arrest in Rem to be issued pursuant to the authority of the Supplemental Rule G(3)(b)(i) and the applicable laws of the United States and have hereunto affixed the seal of said Court at Fort Smith, Arkansas, this __11th__ day of __February_____, 2022.



                        Jamie Giani
                        Clerk of the Court
                        United States District Court

By: *Gayle Davis*
        Deputy Clerk

### RETURN OF SERVICE

I hereby certify that I executed this warrant by serving _____ _____ by _____
_____
on the _____ day of _____, 2022.

_____
U.S. Deputy Marshal
or other person serving warrant