IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    PLAINTIFF,<br><br>v.<br><br>$3,958,060.84 UNITED STATES CURRENCY<br>AND THE APPROXIMATE AMOUNT<br>THEREOF,<br>    DEFENDANT. | )<br>)<br>)<br>)  Civil No. 5:22-CV-05026<br>)<br>)<br>)<br>)<br>) |

## **DEFAULT JUDGMENT OF FORFEITURE**

This matter comes before the Court on the Motion for Default Judgment of Forfeiture filed by the United States of America and, finding that the relief sought by such motion has merit and should be granted, the Court further finds and adjudicates as follows:

1.  The Complaint for Forfeiture *in Rem* in this matter was filed on February 11, 2022, alleging that the Defendant property should be forfeited to the United States of America pursuant to Title 18 U.S.C. § 981(a)(1)(C) because it constitutes or is derived from proceeds traceable to a violation of Title 18 U.S.C. § 1343, Wire Fraud.

2.  The United States sent notice to 1,057 potential claimants pursuant to Rule G(4)(b)(1) & (iii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions on April 14, 2023.

3.  The notice informed the potential claimants that this civil forfeiture action was pending, that they had at least 90 days from April 14, 2023, to file a verified claim, and 21 days to file an answer after filing a claim. Further, for guidance in the preparation of a claim and answer, the notice referred any such persons or entities to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

4.      Additionally, in an effort to notify all unknown claimants of these proceedings, notice of this civil forfeiture action against the defendant property was published for 30 consecutive days on an official Government internet site (www.forfeiture.gov) beginning on April 14, 2023, as evidenced by the Proof of Publication filed with this Court on July 14, 2023.

5.      The United States of America took all reasonable measures to ensure that all possible claimants received such notice in a timely fashion. To this date, however, no other person or entity has filed a verified claim contesting the forfeiture. Therefore, all possible claimants have been noticed and have failed to appear or otherwise defend their interests and the United States of America is entitled to a judgment of forfeiture, all without the necessity of any further notice to any other person or entity.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

A.      The United States of America is hereby given a judgment of forfeiture against the defendant property, $3,958,060.84 United States Currency and the Approximate Amount Thereof, and against the interest therein of any and all persons or entities having or claiming an interest in the defendant property;

B.      Title to the defendant property is hereby vested in the United States of America and any administrative claims or interests therein of any persons or entities are hereby cancelled; and,

C.      The defendant property is referred to the custody of the United States Marshal Service for disposition in accordance with all laws and regulations.

IT IS SO ORDERED on this 18th day of August 2023.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE